950

No. 860, Misc. CARABALLO v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Arthur L. Schiff,* Assistant Attorney General, for respondent.

No. 877, Misc. GUIDRY v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 917, Misc. FORSBERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 938, Misc. BOWMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Vincent Hallinan* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 947, Misc. DAGAMPAT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 963, Misc. COLEMAN v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.